UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:11-CR-00102 |
| VERSUS | JUDGE DRELL |
| JESUS SILVERIO CERVANTES (01) | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol Whitehurst for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the magistrate judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, it is

ORDERED that, in accordance with the terms of the plea agreement filed into the record for these proceedings, the guilty plea of the defendant, JESUS SILVERIO CERVANTES, is ACCEPTED, and he is finally adjudged guilty of the offense charged in Count 1 of the indictment, consistent with the report and recommendation.

SENTENCING shall be held on April 30, 2020 at 11:30 a.m. in the second-floor courtroom, in Alexandria, Louisiana

THUS DONE AND SIGNED this 10 day of February 2020, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT